Commonwealth *v.* Saunders, Appellant.

Submitted December 4, 1972. *Neil Leib-*

*man,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.